HORACE W. GREEN, SBN 115699
hgreen@brotherssmithlaw.com
BROTHERS SMITH LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone:   925 944 9700
Facsimile:    925 944 9701

Attorneys for Plaintiff
HORACE W. GREEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE W. GREEN,<br><br>  Plaintiff,<br><br>v.<br><br>SEYFARTH SHAW LLP RETIREMENT PLAN FOR PARTNERS; SEYFARTH SHAW LLP 401(K) SAVINGS AND RETIREMENT PLAN,<br><br>  Defendants. | Case No.  4:22-cv-04664 KAW<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Horace W. Green, pursuant to Rule 41 (a)(1)(A)(i), hereby voluntarily dismisses this action, with prejudice, as against all Defendants herein.

- 2 -

1  Dated: August 26, 2022				**BROTHERS SMITH LLP**

3						By: _____
4						Horace W. Green
						Attorneys for Plaintiff
						HORACE W. GREEN